# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRANDON IRVING NICHOLS, | ) |
| Plaintiff, | ) |
| vs. | ) No. CIV-24-0983-HE |
| TURNKEY MEDICAL, et al., | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff Brandon Irving Nichols brought this action pursuant to 42 U.S.C. § 1983, seeking relief for alleged constitutional violations while imprisoned at the Wood County Detention Center in Quitman, Texas. On November 4, 2024, U.S. Magistrate Judge Chris M. Stephens issued a Report and Recommendation recommending the court transfer this action to the Tyler Division of the United States District Court for the Eastern District of Texas pursuant to 28 U.S.C. § 1404(a). Plaintiff was advised of his right to object to the Report and Recommendation by November 25, 2024. Plaintiff has filed an objection to the transfer of this case.

Plaintiff is currently imprisoned at the Wood County Detention Center, and defendant Louis Dahlman is employed by the Wood County Detention Center and presumably resides in or near Wood County. Wood County is located within the jurisdiction of the Tyler Division of the United States District Court for the Eastern District of Texas. Because this case arises out of treatment plaintiff received at the Wood County Detention Center and because the parties and the majority of any witnesses would be

located in or near Wood County, the court concludes that transferring this case to the Tyler Division of the United States District Court for the Eastern District of Texas would be appropriate.

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #10] and **TRANSFERS** this case to the Tyler Division of the United States District Court for the Eastern District of Texas pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

Dated this 6th day of December, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE